# RUSSO & TONER LLP

**ATTORNEYS AT LAW**
33 Whitehall Street, New York, New York 10004
Phone (212) 482-0001; Fax (212) 482-0002
www.russotoner.com

Partner
Kevin G. Horbatiuk, Esq.
khorbatiuk@russotoner.com
(212) 482-0001 x134

September 26, 2017

The Honorable Daniel J. Stewart
United States Magistrate Judge
United States District Courthouse
445 Broadway
Albany, New York 12207

Re: Turner v. Life Insurance Company of North America
Civil Action No.: 1:17 cv-00751 (BKS-DJS)
Our File No.: 820.380

Dear Magistrate Judge Stewart:

I represent the Life Insurance Company of North America ("LINA"), a defendant in the above-referenced action. I respectfully submit this Application, with the consent of plaintiff's counsel, Kevin S. Mednick, Esq, to request that you conduct a settlement conference with party participation at the court's convenience.

Respectfully submitted,

_____/s/_____
Kevin G. Horbatiuk

cc: Kevin S. Mednick, Esquire